Travis WILLIAMS, Appellant,

v.

T.D.C.J.-I.D., et al., Appellees.

No. 12–03–00087–CV.

Court of Appeals of Texas, Tyler.

April 30, 2003.

Rehearing Overruled Dec. 8, 2004.

Travis Williams, pro se.

M. Lawrence Wells, Austin, for appellant.

Gregory W. Abbott, Austin, for appellees.

Panel consisted of WORTHEN, C.J. and GRIFFITH, J.

---

*MEMORANDUM OPINION*

PER CURIAM.

This appeal is being dismissed for failure to comply with the Texas Rules of Appellate Procedure. TEX.R.APP. P. 42.3. Pursuant to Rule 32.1, Appellant's docketing statement was due to have been filed at the time the appeal was perfected, *i.e.* March 12, 2003. On March 14, 2003, this court notified Appellant that the docketing statement was past due, and it allotted Appellant until March 31, 2003 to file it. The notice further provided that "Failure to comply with this request will result in this matter being referred to the Court for further action."

When Appellant again failed to file the docketing statement, on April 4, 2003, this court issued a second notice advising him that the docketing statement was past due and giving him until April 21, 2003 to comply with Rule 32.1. The notice further provided that pursuant to Rule 44.3, failure to comply with this second notice would result in the appeal being presented for dismissal in accordance with Rule 42.3. The time for filing the docketing statement under this second notice has expired, and Appellant has not filed the docketing statement as required by Rule 32.1 and the court's notices.

Appellant having failed, after notice, *to* comply with the TEX.R.APP. P. 32.1, the appeal is *dismissed.* TEX.R.APP. P. 42.3(c).